UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA                CASE NO. 22-cr-00034-01

VERSUS                                  JUDGE ELIZABETH E. FOOTE

CHARLES PHILIP WERNER (01)              MAGISTRATE JUDGE HORNSBY

## O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Bill of Information.

THUST DONE AND SIGNED in Shreveport, Louisiana, this __7th__ day of _____April_____, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE